WILLIAM H. GRANBERY, Appellant, v. GEORGE C. TAYLOR, as President

of the AMERICAN EXPRESS COMPANY, an Unincorporated Association, etc., Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.